IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LAWRENCE J. HOLBROOK, | ) | CIVIL NO. 16-00422 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, DEPARTMENT OF TAXATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION, AS MODIFIED (ECF NO. 11)**

Findings and Recommendation having been filed on August 9, 2016 and served on all parties on August 10, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Request for Appointment of Counsel" (ECF. No. 11), are adopted as the opinion and order of this Court with the following modifications:

On page 1, paragraph 1, line 3, replace "ECF No. 3, 9, 10" with "ECF Nos. 3, 10".

On page 4, paragraph 1, line 4, replace "Id. at 4" with "ECF No. 3 at 4."

On page 5, paragraph 1, line 3, replace "1977)" with "1977))".

On Page 6, numbered paragraph 2, line 1, replace "tat" with "that".

On page 7, paragraph 2, line 13, replace "Id." with "Id. at *2."

    IT IS SO ORDERED.

    Dated: September 19, 2016, Honolulu, Hawaii.



                                    Helen Gillmor
                                    United States District Judge

Lawrence J. Holbrook v. State of Hawaii, Department of Taxation, 16cv422HG-RLP, **ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AS MODIFIED (ECF NO. 11)**

2